AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-00037

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ARTHUR BURNS WHITE, JR.

was received by me on *(date)*  02/05/2026 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Alex Arensberg  , who is

designated by law to accept service of process on behalf of *(name of organization)* ARTHUR BURNS WHITE JR. d/b/a RECORD & SOUND SHOP

on *(date)*  2/10/2026  ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/10/2026

/s/ Wanda Green

*Server's signature*

Wanda Green

*Printed name and title*


PO BOX 581, Ashland, AL 36251

*Server's address*

Additional information regarding attempted service, etc:

Served Authorized Agent who is a Sales Associate at the business

Print    Save As...    Reset